# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TRACY C. GRIFFITH, et al., | ) | 3:16-CV-0490-RCJ (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 28, 2017 |
| | ) | |
| WASHOE COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiffs have filed a petition to compromise minors' claims (ECF No. 48).  No response or objection was filed.  Therefore, the petition to compromise minors' claims is **GRANTED** as follows:

1. The court finds the settlement and compromise of the case as set forth in the petition (ECF No. 48) as fair and reasonable.
2. The court finds the proposed division of settlement funds to be fair and reasonable as follows:
   a. $9,000.00 to Tracy Griffith
   b. $9,000.00 to Kevellin Montello;
   c. $7,000.00 to B.G.;
   d. $7,000.00 to Z.G; and
   e. $7,000.00 to K.G.
3. Blocked interest bearing accounts shall be established for the minors.  No money may be withdrawn from the blocked financial investment accounts until certification by the court that the minors have reached the age of majority or the court otherwise issues an order pursuant to NRS 41.200.
4. Attorney's fees in the amount of $11,000.00 shall be disbursed to attorneys Jeffrey Friedman, Esq. and William Kendall, Esq.

5. Petitioners are authorized to sign the release documents on behalf of the minor children.
6. The requirement of a bond is waived.

The parties shall file proof of the establishment of blocked accounts and a stipulation for dismissal on or before **Friday, May 12, 2017.**

**IT IS SO ORDERED.**

                                       LANCE S. WILSON, CLERK

By: _____/s/_____
                Deputy Clerk